UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| SHAWN SLOVER, individually and for others similarly situated, *Plaintiff* v. HPM CORPORATION, *Defendant* | Civil Action No. 4:18-CV-5180-RMP |

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Joint Motion for FLSA Settlement Approval, ECF No. 23, is GRANTED. The Court approves the settlement of Plaintiffs' FLSA claims and otherwise approves the settlement. Plaintiffs' claims are dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a Joint Motion for for FLSA Settlement Approval.

Date: 1/9/2020

*CLERK OF COURT*

SEAN F. McAVOY

Tonia Ramirez
*(By) Deputy Clerk*
Tonia Ramirez